[No. 20939–6–I.   Division One.   January 30, 1989.]

*In the Matter of the Marriage of* DARYLE R. LESSARD,
*Respondent, and* SHIRLEY A. LESSARD,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–3–00267–1, Robert E. Dixon, J., entered August 10, 1987. *Affirmed* by unpublished opinion per Patrick, J. Pro Tem., concurred in by Swanson and Webster, JJ.

[No. 22249–0–I.   Division One.   January 30, 1989.]

DONALD MYERS, *as Personal Representative and Administrator,* ET AL, *Appellants,* v. THE BOEING COMPANY, *Respondent.*

VERNON T. JUDKINS, *as Personal Representative and Administrator, Appellant,* v. THE BOEING COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–14507–9, Gary M. Little, J., entered September 8, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Winsor, J., and Revelle, J. Pro Tem.

[No. 8860–0–III.   Division Three.   January 31, 1989.]

*In the Matter of the Marriage of* GORDIA O. CHARON,
*Respondent, and* BARRY L. CHARON,
*Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–3–00703–0, William J. Grant, J., entered April 20, 1987. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by Thompson, C.J., and Green, J.